# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RCI TM CORP. and RCI, LLC,**

      **Plaintiffs,**

v.                                                       Case No:   6:13-cv-945-Orl-22DAB

**R&R VENTURE GROUP, LLC, POINT RENTAL LIQUIDATORS, LLC, BRANDON J. COOKE and EXCESS PROPERTY SOLUTIONS, LLC,**

      **Defendants.**

___

## ORDER

This cause is before the Court on the Corrected Motion for Final Default Judgment Against Defendants R&R Venture Group, LLC, Point Rental Liquidators, LLC, Excess Property Solutions, LLC, and Brandon J. Cooke (Doc. No. 79) filed on October 3, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part as to the Proposed Injunction and DENIED as to the attorney's fees.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 28, 2015 (Doc. No. 84), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Corrected Motion for Final Default Judgment Against Defendants R&R Venture Group, LLC, Point Rental Liquidators, LLC, Excess Property Solutions, LLC, and

Brandon J. Cooke is hereby GRANTED in part as to the injunction and DENIED as to attorney's fees.

3. The Court will enter a Final Default Judgment and Permanent Injunction by separate Order. Thereafter, the Clerk will be directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on February 17, 2015.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties